

No. 17–0171/CG.  U.S. v. Koda M. Harpole.  CCA 1420.  Appellant's motion to extend time to file a brief granted to June 28, 2017.

No. 17–0208/CG.  U.S. v. John C. Riesbeck.  CCA 1374.  Appellant's motion to extend time to file a brief and the joint appendix granted to June 12, 2017.

No. 17–0326/AF.  United States, Appellant/Cross–Appellee v. Joshua Katso, Appellee/Cross–Appellant.  CCA 38005.  On consideration of Appellant/Cross–Appellee's motion to extend time to file a brief, it is ordered that said motion is hereby granted to June 16, 2017.

No. 17–0393/AF.  U.S. v. Collin M. Lee.  CCA 38888.  Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to June 13, 2017.

No. 17–0408/AR.  United States, Appellant v. Erik P. Jacobsen, Appellee.  CCA 20160786.  Appellant's motion to amend the joint appendix is granted.

No. 17–0419/AF.  U.S. v. Kyree D. Pulliam.  CCA S32379.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 12, 2017.

Thursday, May 25, 2017

No. 17–0366/AR.  Ronald E.V. Layton, Appellant v. United States, Appellee.  CCA 20160756.  On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby dismissed for lack of jurisdiction.